# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3368
_____

JOSEPH SANSONE,

    Appellant,

    v.

HON. RON DESANTIS, in his
official capacity of Governor of
Florida; and HON. JAMES
UTHMEIER, in his official
capacity of Attorney General of
Florida,

    Appellees.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

July 2, 2026


PER CURIAM.

    AFFIRMED.

ROWE, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph Sansone, pro se, Appellant.

Emily J. Witthoeft, Assistant Attorney General, Tallahassee, for Appellees.